# Court of Appeals
# of the State of Georgia

ATLANTA,  August 31, 2021

*The Court of Appeals hereby passes the following order:*

**A22D0021. MATTHEW BROUGHMAN v. RICKY JASON JERRELL et al.**

The petitioners in the superior court, Ricky Jerrell and Brooke Jerrell, filed a petition to adopt a minor child. The child's biological and legal father, Matthew Broughman, filed a motion for the appointment of a guardian ad litem and a motion for sanctions. The petitioners filed a motion for protective order. The superior court issued an order granting the motion for protective order, denying the motion for appointment of a guardian ad litem, and denying the motion for sanctions. Without the entry of an order from the superior court terminating the father's parental rights or granting the petition to adopt, the father filed the instant application for discretionary review.

We lack jurisdiction because the case remains pending below. Given the pendency of the case, the father was required to comply with the interlocutory appeal requirements, which include obtaining and providing a certificate of immediate review from the superior court, in order to appeal the superior court's order. See OCGA § 5-6-34 (b); *Holloway v. McMichael*, 151 Ga. App. 802, 802-803 (261 SE2d 747) (1979). In addition, the discretionary appeal statute does not excuse a party seeking appellate review of an interlocutory order from complying with the additional requirements of OCGA § 5-6-34 (b). *Bailey v. Bailey*, 266 Ga. 832, 833 (471 SE2d 213) (1996).

Accordingly, the instant discretionary application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 08/31/2021

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.